1  BENJAMIN B. WAGNER
   United States Attorney
2  JUSTIN L. LEE
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700

5  Attorneys for Plaintiff
   United States of America

6

**FILED**

JAN - 7 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

7

8                     UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  UNITED STATES OF AMERICA, | CASE NO. 2:16 - CR - 0 0 0 2 KJM |
| 12  Plaintiff, | 18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms; 21 U.S.C. § 841(a)(1) – Manufacturing Marijuana; 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |
| 13  v. | |
| 14  CRAIG MASON, | |
| 15  Defendant. | |

16

17                          I N D I C T M E N T

18  COUNT ONE: [18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and Dealing in Firearms]

19      The Grand Jury charges: T H A T

20                          CRAIG MASON,

21  defendant herein, on or about April 25, 2013, in the County of Nevada, State and Eastern District of

22  California, not being a licensed manufacturer and dealer of firearms as described in Title 18, United

23  States Code, Section 923, did willfully engage in the business of manufacturing and dealing in firearms,

24  all in violation of Title 18, United States Code, Section 922(a)(1)(A).

25  COUNT TWO: [21 U.S.C. § 841(a)(1) – Manufacturing Marijuana]

26      The Grand Jury further charges: T H A T

27                          CRAIG MASON,

28  defendant herein, on or about April 25, 2013, in the County of Nevada, State and Eastern District of

INDICTMENT                                    1

1  California, did knowingly and intentionally manufacture less than 50 marijuana plants, a Schedule I

2  Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

3  FORFEITURE ALLEGATION: [21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) –
Criminal Forfeiture]

4

5      1.      Upon conviction of the offense alleged in Count Two of this Indictment, defendant

6  CRAIG MASON shall forfeit to the United States pursuant to Title 21, United States Code, Section

7  853(a), the following property:

8          a.      All right, title, and interest in any and all property involved in violation of Title

9  21, United States Code, Section 841(a)(1), for which the defendant is convicted, and all property

10  traceable to such property, including the following: all real or personal property, which constitutes or is

11  derived from proceeds obtained, directly or indirectly, as a result of such offense; and all property used,

12  or intended to be used, in any manner or part to commit or to facilitate the commission of the offense.

13          b.      A sum of money equal to the total amount of proceeds obtained as a result of the

14  offense for which the defendant is convicted.

15      2.      Upon conviction of the offense alleged in Count One of this Indictment, defendant

16  CRAIG MASON shall forfeit to the United States pursuant to Title 18, United States Code, Section

17  924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in

18  or used in the knowing commission of the offense.

19      3.      If any property subject to forfeiture, as a result of the offenses alleged in Counts One and

20  Two of this Indictment, for which the defendant is convicted:

21          a.      cannot be located upon the exercise of due diligence;

22          b.      has been transferred or sold to, or deposited with, a third party;

23          c.      has been placed beyond the jurisdiction of the Court;

24          d.      has been substantially diminished in value; or

25          e.      has been commingled with other property which cannot be divided without

26              difficulty;

27  ///

28  ///

INDICTMENT                                      2

1   it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28,

2   United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant, up to the

3   value of the property subject to forfeiture.

A TRUE BILL.

/s/ Signature on file w/AUSA

FOREPERSON

BENJAMIN B. WAGNER
United States Attorney

INDICTMENT

3

No. _ _ _ _ _ _ _ _ _ _

**2:16 - CR - 0 0 0 2 KJM**

# UNITED STATES DISTRICT COURT

*Eastern District of California*

*Criminal Division*

## THE UNITED STATES OF AMERICA
*vs.*

## CRAIG MASON

### I N D I C T M E N T

**VIOLATION(S):**   18 U.S.C. § 922(a)(1)(A) - Unlawful Manufacturing and Dealing in Firearms;
21 U.S.C. § 841(a)(1) - Manufacturing Marijuana;
21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture

*A true bill,*

## /s/ Signature on file w/AUSA
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ 7 _ _ _ _ _ _ _ *day*

*of* January _ _ _ _ , *A.D.* 20 16

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _
*Clerk.*

*Bail, $* _ _ _ _ _ _ _ _ _ **NO PROCESS NECESSARY**

GPO 863 525

**#16 - CR - 0002 KJM**

## United States v. CRAIG MASON
### Penalties for Indictment

**COUNT 1:**                    18 U.S.C. § 922(a)(1)(A) – Unlawful Manufacturing and
                                Dealing in Firearms

                                Imprisonment of up to 5 years; or
                                Fine of up to $250,000; or both fine and imprisonment
                                Supervised release of up to 3 years

SPECIAL ASSESSMENT:             $100 (mandatory on each count)

**COUNT 2:**                    21 U.S.C. § 841(a)(1) – Manufacturing Marijuana (less
                                than 50 plants)

                                A maximum of 5 years in prison; or
                                Fine of up to $250,000; or both fine and imprisonment
                                Supervised release of at least 2 years up to life

SPECIAL ASSESSMENT:             $100 (mandatory on each count)


## FORFEITURE ALLEGATION:

VIOLATION:       18 U.S.C. § 934(d)(1),  21 U.S.C. § 853(a), 28 U.S.C. § 2461(c) -
                 Criminal Forfeiture

PENALTIES:       As stated in the charging document